1  WO

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF ARIZONA**

8  Jeanette Cherry,                    )
                                       )
9            Plaintiff,                )
                                       )        CV 08-478 TUC DCB
10 v.                                  )
                                       )        **O R D E R**
11 Michael J. Astrue, Commissioner of Social)
   Security,                          )
12                                     )
             Defendant,               )
13 ─────────────────────────────────────)

                        Standard of Review

       The duties of the district court, when reviewing a Report and Recommendation (R&R)
of a Magistrate Judge, are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28
U.S.C. § 636(b)(1).  The district court may "accept, reject, or modify, in whole or in part, the
findings or recommendations made by the magistrate judge." Fed.R.Civ.P. 72(b), 28 U.S.C. §
636(b)(1).  When the parties object to a R&R, "[a] judge of the [district] court shall make a de
novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. §
636(b)(1); *see Thomas v. Arn,* 474 U.S. 140, 149-50 (1985). When no objections are filed, the
district court does not need to review the R&R *de novo*. *Wang v. Masaitis,* 416 F.3d 992, 1000
n. 13 (9th Cir.2005); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121-22 (9th Cir.2003) (en
banc).

                      Report and Recommendation

       On May 25, 2004, the Honorable Jennifer C. Guerin, United States Magistrate Judge,
filed a R&R in this action.  The R&R advises the Court to affirm the decision by the Social
Security Administration denying Plaintiff disability benefits.  The Magistrate Judge found the

Administrative Law Judge's decision was supported by substantial evidence. She recommends that the Court grant summary judgment for the Defendant.

The parties were sent copies of the R&R and instructed that, pursuant to 28 U.S.C. § 636(b), they had 10 days to file written objections to the R&R. *See also,* Federal Rule of Civil Procedure 72(b) (party objecting to the recommended disposition has ten (10) days to file specific, written objections). To date, no objections have been filed.

Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those portions of the R&R to which there are objections. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.") To the extent that no objection has been made, arguments to the contrary have been waived. *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation).

The Court has reviewed the R&R and considers it to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989). The R&R shall, therefore, be accepted pursuant to 28 U.S.C. § 636(b)(1). The Court adopts the recommendation of the Magistrate Judge. For the reasons stated in the R&R, the Court grants the Motion for Summary Judgment filed by Defendant.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation [Doc. # 28] is adopted as the opinion of the Court.

/ / /

/ / /

/ / /

1      **IT IS FURTHER ORDERED** that Motion for Summary Judgment [Doc. # 22] is

2   GRANTED; the Clerk of the Court shall enter judgment accordingly.

3          DATED this 29th day of July, 2009.

4

5

6

7                                          _____

8                                                David C. Bury
                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28